1913.) Proceeding by the People of the State of New York, on the relation of Ralph Allocca, against the Warden of the City Prison. No opinion. Motion for stay denied.

PEOPLE ex rel. BEAVER v. WALDO, Com'r. (Supreme Court, Appellate Division, First Department. May 2, 1913.) Proceeding by the People of the State of New York, on the relation of Louis A. Beaver, against Rhinelander Waldo, as Commissioner. W. O'Shaughessy, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant, v. DRAPER, Com'r, et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Proceeding by the People of the State of New York, on the relation of the Board of Education of the City of New York, against Andrew S. Draper, as Commissioner of Education of the State of New York, and William H. Maxwell, City Superintendent, etc. No opinion. Order (78 Misc. Rep. 329, 138 N. Y. Supp. 351) unanimously affirmed, with costs.

PEOPLE ex rel. BRETSCH v. BOARD OF EDUCATION OF CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Proceeding by the People of the State of New York, on the relation of Homer L. Bretsch, against the Board of Education of the City of New York and others. No opinion. Order affirmed, with $10 costs and disbursements, in the exercise of discretion.

PEOPLE ex rel. CAMPBELL, Respondent, v. COLE et al., Appellants (two cases). (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Proceedings by the People of the State of New York, on the relation of William Campbell, against John E. Cole, as Commissioner of Public Safety, William P. Faust, or his successor, as Health Officer, and others. No opinion. Order affirmed, without costs.

PEOPLE ex rel. CURTIN, Respondent, v. THOMPSON, Com'r, Appellant. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Proceeding by the People of the State of New York, on the relation of Daniel A. Curtin, against Henry S. Thompson, as Commissioner. E. S. Benedict, of New York City, for appellant. A. J. Talley, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted to extent stated in order. Order filed. See, also, 141 N. Y. Supp. 1141.

PEOPLE ex rel. CURTIN, Respondent, v. THOMPSON, Com'r, Appellant. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Proceeding by the People of the State of New York, on the relation of Daniel A. Curtin, against Henry S. Thompson, as Commissioner. E. S. Benedict, of New York City, for appellant. A. J. Talley, of New York City, for respondent. No opinion. Order and judgment affirmed, with costs. Order filed. See, also, 141 N. Y. Supp. 1141.

PEOPLE ex rel. GOEHNER, Appellant, v. WARDEN OF DISTRICT PRISON, Respondent. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Proceeding by the People of the State of New York, on the relation of George Goehner, against the Warden of the District Prison. D. M. Neuberger, of New York City, for appellant. Wm. J. Millard, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. HICKEY v. WALDO, Com'r. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Proceeding by the People of the State of New York, on the relation of Joseph C. Hickey, against Rhinelander Waldo, as Commissioner. S. H. Stuart, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. HUNT, Respondent, v. FAYETTEVILLE & S. R. & T. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Proceeding by the People of the State of New York, on the relation of William C. Hunt, against the Fayetteville & Syracuse Railroad & Turnpike Company. No opinion. Judgment affirmed, with costs.

PEOPLE ex rel. MACK, Appellant, v. WARDEN OF CITY PRISON, Respondent. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York, on the relation of John Mack, against the Warden of the City Prison. No opinion. Motion to dismiss appeal granted.

PEOPLE ex rel. McKEAGNEY v. WALDO, Com'r. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Proceeding by the People of the State of New York, on the relation of James McKeagney, against Rhinelander Waldo, as Commissioner. V. L. Leibell, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. O'CONNOR v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Proceeding by the People of the State of New York, on the relation of William M. O'Connor, against Rhinelander Waldo, as Police Commis-

sioner of the City of New York. No opinion. Determination confirmed, with $50 costs and disbursements.

PEOPLE ex rel. PINE v. MORROW et al. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Proceeding by the People of the State of New York, on the relation of Jacob Pine, against James M. Morrow and others. No opinion. Motion denied, without costs. Memorandum per curiam. Order filed.

PEOPLE ex rel. POLISH NATIONAL APPIANCE, Appellant, v. PURDY et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. May 9, 1913.) Proceedings by the People of the State of New York, on the relation of the Polish National Appiance, against Lawson Purdy and others. E. W. Cady, of New York City, for appellant. C. A. Peters, of New York City, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

PEOPLE ex rel. SEGAL, Appellant, v. MORROW, et al., Respondents. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Proceeding by the People of the State of New York, on the relation of Harry Segal, against James M. Morrow and others. A. De Roode, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. WHITE, Appellant, v. SUPERINTENDENT & BOARD OF MANAGERS OF STATE AGRICULTURAL & INDUSTRIAL SCHOOL AT INDUSTRY, N. Y., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Proceeding by the People of the State of New York, on the relation of Frank White, against the Superintendent and Board of Managers of the State Agricultural and Industrial School at Industry, N. Y. No opinion. Order affirmed.

PEOPLE ex rel. WILLARD v. GENERAL REDUCTION CO. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Proceeding by the People of the State of New York, on the relation of Frank B. Willard, against the General Reduction Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 N. Y. Supp. 1140.

PEOPLE ex rel. WILSON v. SUPERINTENDENT OF NEW MAGDALEN HOME. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Proceeding by the People of the State of New York, on the relation of June Wilson, against the Superintendent of the New Magdalen Home. No opinion. Motion granted. Order filed.

PERKINS–GOODWIN CO. v. ADLER et al. (Supreme Court, Appellate Term, First Department. May 8, 1913.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by the Perkins-Goodwin Company against Leopold Adler and another, copartners. From a judgment for defendants, plaintiff appeals. Affirmed. Godnick & Wilson, of New York City, for appellant. Milton G. Buchdahl, of New York City, for respondents.

PER CURIAM. Judgment affirmed, with costs.

GERARD, J. (dissenting). I fail to see any ambiguity in this guaranty. It seems to me a guaranty of the payment by Club Topics of paper sold to it by plaintiff up to the amount of $200. Whether the paper sold to Club Topics up to a total of $200 was delivered in one delivery, or in two, or in ten, seems to me immaterial. The judgment should be reversed, and a new trial ordered, with costs to appellant to abide the event.

PHILIPSEN, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Oscar E. Philipsen against Farrington M. Thompson.

PER CURIAM. Judgment of the County Court of Westchester County reversed, and order directing judgment on the pleadings so modified as to direct judgment for defendant on the pleadings, unless plaintiff pay the sum of $25 costs, and serve an amended complaint within 20 days, and said order, as so modified, affirmed, without costs of this appeal.

POINT GRATIOT SAND & GRAVEL CO., Appellant, v. HARTFORD FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by the Point Gratiot Sand & Gravel Company against the Hartford Fire Insurance Company. No opinion. Judgment (77 Misc. Rep. 221, 136 N. Y. Supp. 877) affirmed, with costs.

POLLOCK, Appellant, v. SOLOMON'S INDEPENDENT CONSUMERS' ICE CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Ida Pollock against Solomon's Independent Consumers' Ice Company and others A. H. Sarasohn, of New York City, for appellant. A. Freyer, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 141 N. Y. Supp. 1142.

POLLOCK v. SOLOMON'S INDEPENDENT CONSUMERS' ICE CO. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Ida Pollock against Solomon's Independent Consumers' Ice Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1142.